# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA
# OMAHA DIVISION

| | |
|---|---|
| HALLIE BABCOCK, | ) |
| Plaintiff, | ) Case No. 8:18-CV-00183 |
| v. | ) |
| MEDTRONIC USA, INC., | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

After reviewing the Parties' Joint Stipulation of Dismissal without Prejudice, the Court hereby Orders as follows:

Plaintiff Hallie Babcock's claims that are or could have been asserted in the above-captioned matter against Defendant Medtronic USA, Inc., are hereby dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: __12/20/2018_____

_____
Senior United States District Judge